JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALYSA RAYDEN, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-09252-GJS <br><br> ~~[PROPOSED]~~ <br> JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: JUNE 20, 2025

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

JUDGMENT OF REMAND