# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSA RAYDEN,<br><br>     Plaintiff,<br><br>     vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>     Defendant | Case No.: 2:24-cv-09252-GJS<br><br>~~(PROPOSED)~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation. The amount of $4,800 is payable to Brian C. Shapiro of the Law Offices of Lawrence D. Rolfing, Inc., CPC

///

///

///

1 | pursuant to the assignment executed by Rayden and subject to the offset under the
2 | Treasury Offset Program specified in the stipulation between the parties.

DATED: July 10, 2025

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-2-